https://www.stltoday.com/news/local/columns/joe-holleman/defense-attorney-paul-d-agrosa-joining-federal-prosecutors-at-u/article_80ae9205-c9b1-596f-9a69-b398edab9a7e.html

# Defense attorney Paul D'Agrosa joining federal prosecutors at U.S. Attorney's Office

Jan 31, 2018



Paul D'Agrosa

Exhibit A

SUBSCRIBE FOR 99 CENTS

Joe Holleman

Joe Holleman is a reporter for the St. Louis Post-Dispatch.

When it comes to big switches, few match the professional turn attorney **Paul D'Agrosa** is taking.

The well-known criminal defense lawyer will join the U.S. Attorney's Office this spring and will prosecute violent crime cases.

"Frankly, I was looking for a change and I feel like I've accomplished what I wanted to as a defense attorney," D'Agrosa said in an interview Wednesday.

Conceding that some of his colleagues have expressed surprise over the move, D'Agrosa laughed and noted that he originally set out to be a prosecutor.

"When I passed the bar in 1989, I first applied at the prosecutors' offices in both the (St. Louis) city and county. But they weren't hiring and I had a three-year-old" and another baby due soon, D'Agrosa said.

"So I took a job with the St. Louis County Public Defenders office," he said.

In 1991, legendary local attorney **Donald Wolff** hired D'Agrosa as an associate. In 1996, they became partners in the Wolff D'Agrosa firm. Wolff died in 2015.

D'Agrosa also serves as the municipal prosecutor for Arnold and the municipal judge for University City and Olivette.

D'Agrosa said another reason for the switch was the appointment in October of **Jeffrey B. Jensen** as the U.S. attorney for the Eastern District of Missouri.

"I've known Jeff since he was with the FBI, and we became friends," he said. "I think he has some great ideas."

D'Agrosa, 55, said he probably will not start his new gig until April or May. "They have to run the background checks and I have to close things down here," he said.

D'Agrosa estimated he has handled "thousands of cases, hundreds of trials" in his 29-year career. Some of his recent high-profile ones include:

• The Rev. **Xiu Hui "Joseph" Jiang**, a Catholic priest with close ties to Archbishop **Robert J. Carlson** who was accused of sexual abuse. Prosecutors dismissed the case in July 2015.

• **Justin X. Carroll**, a former dean of students and interim athletic director at Washington University, who was indicted on child pornography charges. Carroll pleaded guilty in July and was sentenced to 54 months in prison.

• **Kerry Roades**, a Fenton man accused, along with fitness entrepreneur **Todd Beckman**, of kidnapping and assaulting a man in a dispute over drugs. Roades pleaded guilty in November.