November 19, 2017

Virginia L. Runyan
1410 Spring Wood Drive
St. Peters, MO 63376

Re: Kerry Roades

Dear Judge Fleissig,

I am Kerry's Mother. I love him with all my heart and have always been proud of him.

Kerry always looks out for others, whether it is family members or friends. He is kind, compassionate and the best husband, father, and son ever. His family means the world to him.

Home life for Kerry growing up was not a good environment. There was a lot of violent and unpredictable behavior, first from his natural father and then from his stepfather. His natural father had a violent temper and beat me up when I was pregnant with our first baby. We divorced when Kerry was 2 years old. One example, he bloodied our oldest son's face when he was only 6 years old because he said he scratched his car as he opened the door. After the divorce, Kerry and his brothers visited their natural father in California one summer and he was treated even worse. Kerry was hit with a metal pool skimmer and other metal objects, anything that was close by that his dad could grab and threaten the kids with. I am sure Kerry and the other boys have more details and other examples. Kerry has not seen him since this time. Kerry was affected by this treatment tremendously, I heard him shout out as a boy, "God, why does my dad hate me and why can't I do anything to please him?"

I remarried their stepdad Karl, which turned into another violent relationship with mental and physical abuse. One incident happened at a parent teacher/cub scouts meeting with my youngest son, Jeff. I was humiliated when Karl got into a violent fight with another parent. We left the building but the principal followed us outside and asked us to return to the meeting. He had the fathers shake hands in front of everyone to set a better example for all the cub scouts.

Kerry began counseling with a doctor at his school due to his problems and this doctor told me his stepdad's passive/aggressive personality was dangerous for all of us and he advised me to leave before we were all dead or he foresaw the boys leading down the wrong path. These were very scary times for us. There were a couple of visits to the ER, one where Kerry's ribs were shoved into a wooden arm chair and another I was attacked by their stepfather requiring thirteen x-rays of my head. I have never had such a traumatic thing happen to me in my life. I had 4 sons, my youngest is their stepdad's natural son and he never abused him physically just me and the 3 older boys. We were all brutality attacked at one time or another but 50 years ago this was all kept quiet and never reported. There were holes in the walls, objects thrown on a regular basis. I stayed in the marriage because I could not move with 4 sons and did not want to leave

DEFENDANT'S EXHIBIT Grp. A

(1)

my youngest son Jeff. I was alone and with 4 sons and could not take care of them by myself so I stayed all those years. I tried the best I could at the time and do regret that I ever remarried. I finally divorced their stepdad after the kids were grown. I might have just done it better alone, I will never know. The boys all have forgiven their stepdad, but not their own dad.

God bless my children, I don't know how they even survived. My two oldest sons turned to drugs, but not Kerry he hates drugs. My second child Kelly, now deceased from a motorcycle crash last year, wrote a book "Drugs, Death, and Deliverance". The book explains the abuse and how bad it was for the kids when they grew up. Kelly turned to drugs, went to prison and changed his life around by becoming a preacher; it is all explained in the book. I am so proud of Kerry that he always wanted better than his past life had been. He tried so hard to gain approval and worked hard to achieve status and recognition. He met Todd Beckman and was happy to be in business that was growing, his stepdad and I loaned Kerry the money to begin his first salon. He was constantly working and saving for the future, while his partner Todd was playing and partying. After starting a family, his focus was on his children to insure they had everything they needed and a proper education. He was loyal to his wife, has standards of credibility and truthful no matter what. I remember when Kerry was a teenager, he would always set goals. He would have new projects every 5 years and work hard to achieve those goals. He is a perfectionist and it shows in his work and everything he does. He built his own motorcycle from scratch at age 18 that was award winning. I don't know anyone that has worked harder over the last 30 years to have security for his family and to shield them and protect them from everything that happened to him growing up.

I will be 80 years old in a few months, devastated by losing my 2nd son Kelly on his motorcycle just 4 weeks before Kerry was arrested. I am daily worried about Kerry while he's in jail about his health. He has been in pain most of his life. He suffers from migraines since a child, back problems, chronic kidney stones, also a Cancer survivor who needs routine blood work. I also have a mentally handicapped brother and I am depending on Kerry for help in future years. Kerry is the plan for care when I am gone.

I'm aware of the seriousness of the charges. I am praying every day for Kerry to get through this with light sentencing and to be home to care for his family. I hate to go back over the stuff I've tried to bury and I am sorry to burden you with more to read but I feel you need to know all of this to help Kerry. I probably could write a book about all the abuse. I am grateful to be able to send you a letter on Kerry's behalf and I thank you for listening.

Sincerely,

Virginia L. Runyan

Karl Runyan
983 Westwoods
Wright City, MO

Re: Kerry Roades

Dear Judge Fleissig,

I am Kerry's stepdad. I cannot say enough good about Kerry. He had a lot of problems growing up but changed it all around and has been a diligent worker providing for his family. He is totally dedicated to raising responsible children and being successful in business. He has worked very hard over the past 30 years. He always worked – even in high school.

Teenage years were worse. Kerry played on 2 hockey teams because his neurologist recommended it due to his hyperactivity. He was on medication for this until age 12 and at that point, they took away the medication saying it isn't good to take it while going into puberty. He was depressed a lot as a child and always craved love and attention from a man. I rewarded good behavior by buying something for the kids – I was never one to show affection. Looking back, I think it is something that hurt Kerry because the doctor said just reach out and pat him on the head or say I love you. That never happened. Nobody ever treated me that way so it was not comfortable for me to do that.

I married his mom with 3 boys and I had never been married or had a child. This turned out to be a real challenge. All three were rebellious due to the lack of a father figure or one who cared. I tried but we had a lot of problems. There were fights and physical abuse.

We tried counseling and it only got worse. The boys had already been abused when they came into my life. That is the reason their mom divorced their dad. Eventually everything got worse and we divorced. There were numerous moves, new schools, many problems. All three boys were very smart but didn't apply themselves in school and all acted out to get attention.

After a year, their mom and I remarried. We had a child together and figured that would help our family. There was a lot of attention to the younger one and the older 3 boys rebelled more and were in trouble at school and home. There were even more arguments and chaos.

Kerry's brothers turned to drugs...not just pot but worse...heroin. Our lives were upside down and chaotic and it was a nightmare. I worked hard and spent many hours in my business. His mom was sick and had surgeries for about 10 years so little supervision at times. Kerry hated drugs of any kind – liquor, pot, mind controlling drugs...all of them and he did not get along with his older brothers because of the drugs. He wanted to better himself and get away from all of it. He wanted to make sure his life was better and had plans to have his own business some day. He had a vending business at a very young age and then he worked repairing Corvettes. Never took a break or a vacation – he worked very hard to finally achieve and have recognition that he was better than his brothers. The 80's were not kind to any of them...neither were childhood years. They all had a hard time growing up.

Kerry is a good son – we made amends in later years. He has helped me in times of need in spite of the fact that we had serious disagreements over the years while he was growing up and a disruptive home life.

I love him and pray he has a chance to finish his productive life.

Karl Runyan

Karl Runyan

Jeffrey Runyan
265 Bell Rd.
Wright City, MO 63390

January 5, 2018

Dear Judge Fleissig,

I am writing you today in regards to my brother Kerry Roades. I am 48 yrs old and have been close to him the majority of my life. I have always looked up to my brother and admire him in many ways. My brother has always been a hard worker and is very skilled at a myriad of different things. He has ALWAYS been there for me when I needed help, advice, or just a brother. I understand the seriousness of the situation he is in and it is very saddening to me. I have seen him only once since he has been incarcerated. I will do what is needed to support my brother and help him through this dark time in his life. I know I speak for many when I say Kerry IS a good person and has gone out of his way to help many people around him. This has been a devastating development to all the people who know and care for him.

My brother as I said before has helped me numerous times. Sometimes financially, but most importantly being an example of how to go about things with finances and making the right choices in my life. Looking back on my own life I see the things I did unconsciously simply from being around my brother. I never realized how much I WAS influenced by him until I really reflected upon everything over the years. And these have been positive things in my life. I appreciate you taking the time to read my letter.

Sincerely,

Jeffrey Runyan

Tricia Roades
4876 Romaine Spring Dr.
Fenton, MO. 63026

December 1, 2017

RE: Kerry Roades

Dear Judge Fleissig,

Your Honor, my name is Tricia Roades and I'm Kerry Roades wife. I am writing you today on behalf of Kerry Roades, who is scheduled to appear in your court for sentencing on February 9th, 2018. I have never written to someone as important as you your honor, as this is all new to me and terrifying. When I received the call that he was arrested, saying I was shocked would be an understatement. When hearing Todd was involved did not shock me at all as my first thoughts were toward Kerry, "what did Todd drag you into". Also, it took me some time to grasp the realization of the serious trouble Kerry was in, as this was not the man I knew to be. What I know well is to share with you Kerry Roades, the man I know and love.

Kerry and I were married on May 16th of 1999, but we first met in late summer of 1994, over 23 years ago. Kerry is a man that is kind, supportive, trustworthy, generous, respectful, courageous, funny, intelligent, talented, and a loving father and husband. Kerry is also an amazing friend to so many, as people do not run from Kerry, they run towards him.

First, I would like to share something personal with you as Kerry and I have an unusual beginning to our love story, but one that is strong and true. In the summer of 1994, I was home from college working at a local restaurant in St louis, and just out of a failed relationship. Kerry would occasionally come into the restaurant with friends, as you couldn't help but be drawn to his sense of humor, charm, and overall personality. Kerry was that customer you enjoyed seeing come in. Fall soon arrived and some noticed I did not go back to school as well as my growing baby bump. Yes, I was carrying a baby, that my ex-boyfriend wanted nothing to do with. I devoted all my time to work, preparing for my future and each time that I saw Kerry he made me laugh, he was friendly, respectful, and just a lovely man. I look back at that time, as I worked through my entire pregnancy, that I never knew Kerry well, but he was a friend to talk to who never judged me, was always respectful, and inside gave me the assurance that there are fine men still out there. I eventually left my work in late February of 1995 to have my wonderful baby boy. When I returned to work, eventually there was Kerry's friendly face. I took it upon myself to share with him I was being transferred to another restaurant because I was being promoted to manager. When Kerry asked me for my number to keep in touch, I respectfully declined. I reminded him of my son Tyler, as I was getting settled in my own place and focused on being a mom. He respected my reasoning and just because of his kind nature, I offered another idea. I gave him my number with one exception, if he was serious about taking me on a date & with the respect that I was a new mom, he would hold that number for at least 3 months before he would call me, then I would know he was serious. Well, I am sure you already know, that phone rang just over 3 months and we went on our first date. A romance blossomed and soon we were engaged, welcomed our lovely daughter, and eventually eloped on vacation in May of 1999. Why I share how we met is to show Kerry's heart. Tyler was just about 6 months old and Kerry was nothing but wonderful from the first day they met. Kerry jumped into

a father role without hesitation, embraced it, and was admirable. Kerry is the only father Tyler has ever known as he raised, loved, nurtured, and protected that boy as if he was his own. In fact, most people are unaware Tyler is not Kerry's biological son, as Kerry does not talk about him in any other way.

In fact, Kerry has a big heart and loves all kids. He is the guy you go to if you are selling raffle tickets, cookies, or candy for your school or sports teams. He's the guy that buys their candy, gives them the money, but lets them keep the candy for themselves. He is the uncle that secretly buys the Christmas gifts for his nieces and nephews because his brother doesn't have the money during the holidays. To this day they do not know it was Kerry that bought their gifts, all Kerry wanted was to know the kids were happy. Kerry didn't care about the recognition.

When I was thinking of examples to show you the character of Kerry, the living proof is in our children. Our kids are the best example to shine a light on his character and our love. They were raised in a loving home with morals, rules, kindness, respect, honesty, work ethic, and humor. I, of course take the credit as their mother, but Kerry is their father and the strong male figure in their life they both look up to. The man they look to keep them safe, to ask for advice, help with their homework, to be silly with, or to fix anything. Kerry taught them and showed them, your word is everything, if you say you will do something, you need to follow through. He also taught them to be humble, have compassion, and to listen to others and at times try to understand where they are coming from. Our children are amazing human beings, which is something you can see for yourself. Tyler is in his last year of college studying Business Administration and an honor student. Blair graduated high school Cume Laude and a member of the Honor society. She is currently a sophomore in college and active in community service. Kerry was a shining example of work ethic for them and taught the kids how to work hard for what you want and who you want to become. Kerry is a man that really loves his family more than anything in the world, he doesn't just choose to be at home, he wants to be at home. You will find Kerry home for dinner with his family most every night and on the weekends, we are always together watching movies or spending time with our neighbors.

To get to know Kerry is to see him with his family but also how he treats his friends. When I said Kerry is the type of guy you run to, is because Kerry is so trusting and always there for you if you need him, which is exactly why he has so many friends that respect and look up to him. Kerry took the time, which he had little of, to help fix anything if a friend or neighbor ever asked. To be honest most of our squabbles were about him volunteering to help friends with the time he did not have, and I was always worried he was overextending himself and worried for his health. Kerry is the type of man I watched drop anything, even when he was sick or in pain, to help a friend when they called and asked for help. For example, when Kerry was recovering from Cancer surgery, Todd called him countless times about work and hounded him about when he would be back. Kerry of course went to work and/or worked from home because someone needed him. He was the friend you call if your car broke down on the side of the road, he would be the one who came to the rescue. Kerry is the type of man who would make time to repair his employees, friends, or neighbor's cars because it would save money for them. He would never ask or take payment, just usually say pay it forward. Just over the past few years he had a close friend come into some financial hardship due to the market, he willingly co-signed on his loan, so him and his wife could get back on their feet. He is the man that every friend wants, a man of his word. Kerry is a wonderful friend as well as a neighbor. He volunteered his time to help install stop signs in our

neighborhood to reduce the speeding problem, he also volunteered his time to plant trees to enhance the common ground in our subdivision. In the spring, summer, and fall you will find our family together spending time outside with our neighbors and their families.

Also, Kerry is someone who has the most caring and supportive nature. Throughout the years he worked several jobs to support his family as well as supporting me through my journey to be an established fitness instructor and trainer. He also has been right by my side as I dealt with, and still overcoming, medical issues that at time leaves me to rest for an extended period. At the same time, I was there when he battled Prostate Cancer, as it was one of the most difficult things to see him go through. Today, I continue to be by his side with all his serious medical issues he continues to deal with. It's been most difficult since he's been in jail, for him medically, but also he is the one I rely on to take care of me when I am ill as well as financially.

Kerry Roades is extremely remorseful for his mistakes as I know there is no one that is more upset than he is with himself. As I visit and talk with him since he has been in jail, he takes every single time that we speak to apologize. His character also is represented in how he is spending his time in jail. Throughout these 12 months, he attends church regularly, as well as mentoring the individuals incarcerated with him, he even fixed the only pencil sharpener when it was broken to help. What isn't shocking to me at all is how he is more than happy to mentor the other inmates into getting on a straight path when they get out. Giving them advice on jobs to get, getting credit by opening a bank account, paying taxes, staying away from drugs. This is the true Kerry we all know and love, a huge heart.

What is disappointing to me is this assumption that Todd and Kerry are close friends. Yes, they did have a close friendship beginning over 20 years ago, which led them to go into business together and Todd hiring Kerry to work for his company. However, over the years this friendship has slowly deteriorated due to poor business deals, personal choices, and empty promises. In fact, in the past 6 years their relationship has been extremely strained due to Todd and his personal choices, to the point Kerry would no longer want to be around him outside the office. Todd had his friends and Kerry and I had our own. Kerry also attempted to get Todd to go to rehab for his alcohol addiction, as it was becoming a huge issue at work. Todd's behavior was erratic, he was always gone, and Kerry would never know where he was. Todd's refusal to go put more strain on their relationship and you could see the stress all over Kerry's face. In fact, Kerry was in the process of transitioning out of the company and planning on a different career to get away from all the stress, but Todd always had a way to smooth talk, sell and promise Kerry future success in the company if he stayed, thus why the transition has been slow.

I am thankful to you for reading my letter, and giving me the opportunity to show you Kerry Roades my husband. I unequivocally can say he is not a threat to society, a trusted and good citizen who made a horrible mistake. Kerry just wants to get back to work to provide for his family. I am also grateful for any consideration you may give to my request for leniency.

Respectfully yours,

Tricia Roades

TRICIA ROADES

A-9