March 28, 2018

Sandra LaPlant
4872 Romaine Spring Drive
Fenton, MO 63026

Re: Kerry Roades

Judge Fleissig
Dear Your Honor,

I'm writing you today about Kerry Roades. I met Kerry in May of 2007 when we moved into our new home. We were neighbors at first, but our families became fast friends and over the years we would share Birthdays, Holidays, Vacations, and many Family Dinners together.

I started calling Kerry "Papa Roades", because he was like a father figure to everyone regardless of their age. He was always there to help or lend a hand with things, or trying to teach you how to do these things, like a father would with his children. When it came to his family and his friends, Kerry was loyal and very protective of them. Great character traits to have in a person. I realize that these same character traits, under special circumstances can have devastating consequences and is why I believe that Kerry found himself in the trouble he is in today.

A year prior to Kerry's trouble, he confided to my Husband and I that he wanted to leave his employer Todd Beckman because he felt the company was going in a bad direction. He was thinking about his future and for his family's future. He wanted to make a career change. He was considering renovating and flipping homes or maybe starting his own motorcycle repair shop where he could build, repair and restore motorcycles. I know it was something he was passionate about and also something he was knowledgeable about and also enjoyed. I believe Kerry stayed with his employer out of loyalty and because of the amount of years he has been with the company and most importantly, so that he could continue to support his family.

We have missed Kerry this past year. Over the years he was always there to help with community projects or "Beautification Projects" as we refer to them. He would help plant new trees in our community, clean algae from the pond, help with maintenance and repairs to our community pool. Just about anything he could lend a hand with, he was always there to help.

It is getting closer to Easter again, and I've been thinking a lot about Kerry and his family. I would like to share with you a memory I have of Easter many years ago when my youngest son, Ryan was a little guy. Kerry's wife Trisha had a table set up on the back patio and she would always invite my kids to dye Easter eggs with them. Well, this

DEFENDANT'S EXHIBIT
GRP B

B-1

particular year my son Ryan decided he wanted to bring his own eggs from home. Ryan added his eggs to the egg pile and after all the eggs were dyed, it was realized that Ryan's eggs were not hard boiled, but raw eggs from the fridge. It truly became an Easter egg hunt to find which eggs were not hard boiled. We've had many laughs about this, and every year around Easter time, Kerry would lovingly tease my son Ryan about this. Kerry would always ask Ryan if he was coming over to dye Easter eggs and if so to make sure and bring cooked eggs. This will be the second Easter we have missed Kerry's teasing.

I know Kerry regrets his involvement and he wishes he could have just made that new change in his life, for his family and for himself. He seeks forgiveness for his actions and for a second chance to make the changes he wanted for his future.

I ask Your Honor, that you would Please consider all the good qualities and good things Kerry has done throughout his life. I think about his family and I have seen first hand how heartbreaking this has been for them.

Please have mercy on Kerry while you sentence him for his actions.

With great respect,

Sandra LaPlant

Sandra LaPlant

Kristin Donahue
86 Scenic Cove Lane
St Charles, MO 63303

February 1, 2018

RE: Kerry Roades

Your Honor,

Chad and I were business partners with Kerry for the last 8 years, but our time knowing him far exceeds that. He has been a friend for close to 20 years.

I have always prided myself with being a good judge of character and from day 1 of knowing Kerry, I saw the special person that he is. Kerry has a true and genuine heart, which is rare to find these days. He truly cared about our family and it wasn't just because we were business partners. It was because that was the type of person that he is. Kerry would put others first....always. We had several conversations over the last few years about how hard it is to be that person that everyone depends on for help. He was the one who people would come to for help and even though he had so much going on in his own life, he never felt right turning down those who depended on him.

I understand what Kerry did was wrong, but what is right about Kerry I could go on and on about in this letter. He took care of our family, not because he had to, but because he wanted to do so. Chad and I fell upon some tough times in the last couple of years and had to claim bankruptcy and lost our home. He stepped up and helped us in any way that he could. He helped us get a car and was even willing to buy a house for us and let us pay him rent. He was there to be a listening ear and give advice on the best ways to build our credit back up, so that we could get ourselves out of the mess that we created. Never did he look down at us or act like we were a burden to him....he would literally stay up at night thinking of ways to help us. That is a true friend and one who is rare to find in the world today.

My kids called him "Uncle Kerry" because although he wasn't blood, he was as close to an uncle as their own. They looked up to him...especially our son. He would spoil them every time he saw them and give them small gifts, such as a gold bracelet for our daughter on her special day. He would slip them a little money here and there and always give them hugs. I recall a day when he called a needed me to pick up his daughter because she was stranded on the side of the highway. He was so concerned about her he had tears as he was talking....He said, "Please go get my baby girl....She is scared." How could I turn that down? A dad who had such a strong love for his daughter that it brought him to tears that she was in a bad situation. He loves his family dearly and often spoke of how proud he was of his wife and kids.

As a business partner, he was just as strong. Anytime there was an issue in the stores, he would get there and take care of them. He had such a busy schedule, but would always take care of the store issues quickly because he knew the stress that Chad was under, as far as keeping things running smoothly. The staff loved when he would come into the store for visits too.

Truly, I have never heard a person say a negative word about Kerry or his character. That is the Kerry that we know. He is a caring person with a heart of gold. He is truly genuine with his kindness and willing to help anyone who needs it. He is a man who loves his friends and his family and doesn't know the word no. I remember at one time saying to Chad, if there were more people like Kerry in this world maybe it wouldn't be such a selfish place.

Please, I ask that you take all of this into consideration when making your decision.

Kristin Donahue

Darryl Cooney
221 Romaine Spring View
Fenton, MO 63026

RE: Kerry Roades

Your Honor Fleissig,

I am writing this letter with confidence that after it is read you will find what the character of Kerry Roades truly is.

I have personally known Kerry for more than 20 years and have spent a tremendous amount of time with him over the years. In all the years I have known him he has been a true friend and definition of what a family man would be. He has always had the family first approach to his life. He loves his wife and children more than anything as all plans he made evolved around them. He made sure he provided a comfortable life for his family through hard work and love.
Kerry is an example of that person you hear about as a hard working and intelligent man that goes above and beyond for his life accomplishments. Kerry also would drop anything he was doing to help a friend out or a person in despair that he did not know. He is the type of person that if he was driving down the road and saw someone on the side of the road with a broke down car he would pull over and offer assistance to them, which is rare in this day and time.
I would trust Kerry in all aspects personally, example is, I travel and if I had a problem at home I could give him my security code to access my home and I am sure all would be good, which I have. Kerry has also helped me out with mechanical issues on my motorcycle, which would have been an expensive endeavor at a dealership. He refused payment from me stating save it and take your wife out to dinner. These types of people just truly don't exist anymore in the modern world. I would also point out that his kids are truly respectful and kind with the same characteristics instilled through proper parenting.
I can't even imagine where something went wrong in his life as to what happened but sure he is regretting his involvement and is the type to take responsibility for his actions. Despite what happened I will always think of him as the man he really is and will always consider him my friend and would do anything to help him out. I work for a fortune 500 company as a director of operations and giving the opportunity I would hire Kerry in my department giving the opportunity to do so.

I appreciate you taking the time to read my letter during your busy schedule and hope you understand a little more about the man that will stand before you.

Darryl Cooney

Mike Seebold
531 Hickory Lane
Frontenac, MO 63131

2/5/2018

RE: Kerry Roades

Dear Judge Fleissig,

My name is Mike Seebold and I have known Kerry for 20 plus years and I consider him a good friend. I have not spoken to him about the trouble that he is in and only know about the trouble from what I have read. I know Kerry as a talented craftsman on many levels, from building his own motorcycles from scratch to building prototype displays to building out new store locations. He was the go to guy at the Company where he worked if anything needed to be made. Kerry was always building something and it didn't matter what it was, he would tackle it and get it done. I know Kerry as being honest, hardworking and will do anything for you if asked. Kerry has a beautiful family that he loves very much and I'm sure he regrets the pain that this has caused them. I'm still in disbelief like many others that this happened and praying that Kerry and his family make it through this. I think Kerry is a good man and I know him well enough that he knows that he made the biggest mistake of his life and regrets every minute of it. I will always consider Kerry as a friend and will do anything to help him get through this very troubling time. Judge Fleissig I hope that my letter showed the side of Kerry that I have known for 20 plus years which is a hardworking, outgoing, and loving person.

Respectfully yours,
Mike Seebold

March 25, 2018

RE: Kerry Roades

Your honor,

Kerry Roades and his family have been our neighbors for just over 10 years. During that time, we have become close friends. With our neighbors immediately between our homes, the LaPlants, the three families have spent many nights, days, holidays, birthdays and even vacations together during that time.

Kerry is one of those people that would do anything for his family and friends and is someone I care about and trust. Over the years, he became like a big brother to me and provided support and encouragement. Once you get past the big tattooed tough guy appearance, Kerry is big hearted, hard working, loyal, and deeply cares for his family and friends.

As neighbors, we would sit in the Roades' driveway or home watching our children play and chatting, at least weekly if not more frequently. When the Kerry and Trish first moved into the subdivision, Todd and Nicole Beckman also moved in, but at a different section of the subdivision. Due to the distance, a couple of times a year they would come visit however, with the marital struggles, that occurrence pretty much stopped at the time of the Beckman divorce. The Beckmans were never included in our annual birthday outings – we developed a practice of going out with the 3 couples (ourselves, Roades and LaPlants) to celebrate each of our birthdays every year – or any of the barbeques or other events we got together to celebrate.

A couple of times a year, Todd would drop by when he was visiting his children who live with their mother Nicole in the subdivision. While Todd and Kerry worked together, generally there was more of a relieved feeling when Todd left as he was loud and a heavy drinker that didn't really fit in with our group.

I share this information for a number of reasons. I wanted to let you know that Kerry Roades is a wonderful friend, father and husband to Trish. We miss having him around and sharing our lives. Todd and Kerry are totally different people and had not been close friends for as long as I've known Kerry. Finally, as someone who knows Kerry and spent a lot of time with him, the charges brought against him totally took me by surprise as not remotely in his character. I hope that this letter helps you to see a different side of him and offer him some relief so that he can get back to his family and care for his health.

Please feel free to call me if you have further questions.

Sincerely

Erin Valentine

Erin Valentine
4868 Romaine Spring Drive
Fenton, MO 63026
(314) 825-0087

Daniel J. Vale
3224 Royalton Ave.
Breckenridge Hills, MO 63114

January 7, 2018

Re: Kerry Roades

Dear Judge Fleissig,

I am a truck driver. I've been driving a truck for 30 years. Kerry's father Karl gave me my first job driving a delivery truck. I met Kerry Glen Roades 40 years ago. We both had 66 Fastback Mustangs. He's always been a brother to me. We worked together, hung out together and even lived together at one time. He was best man in my wedding. He has always been a mentor to me. He is the kind of person that lights up a room when he walks in it. I've never met anyone more honest or who had more work ethic and drive to become a better person. He's the most unselfish person I know. Many people depend on him for strength and knowledge. Any time I have had a problem or question, he would solve the problem or answer the question and if he didn't know the answer he would get the answer for me. Kerry is an honorable man and I have more respect for him than anyone else in the whole world. As long as I am alive, he will always have a place to live. My door will always be open to him. I miss him desperately, he's my hero.

Sincerely,

Daniel J. Vale

Carey Terranova

1756 Shiloh Ridge Road

Wildwood, MO 63005

January 8, 2018

Re: Kerry Roades

Dear Judge Fleissig,

Your honor, I am writing in hopes of relaying my personal connection and family's relationship with Kerry Roades. My goal is to share insight into his life, character and personality outside of the current circumstances. I understand he has made a very serious mistake. I understand that there are consequences for these actions. My only hope is that I may share with you the Kerry I have come to know and respect prior to the current situation.

My husband has been one of Kerry's close friends for the past 40 years, having met him through Kerry's younger brother. Though I met Kerry only 17 years ago, I have gotten to know him through my husband's eyes. On the surface, Kerry may appear to be tough, straightforward and matter-of-fact. Through the years, I've experienced that there is so much more to him. He is kind and genuinely caring, often sacrificing what little spare time he has to help others. As my husband struggled to make good business decisions that would come to affect his whole life, Kerry was there as a confidant and mentor. He gave his time and expertise to ensure that my husband was working toward the life he wanted. Years later, when I met my husband, he was a successful business owner, contributing to the community and giving back as Kerry had demonstrated. My husband has many times expressed his feelings that his life may not be what it is now, married almost 13 years with four beautiful children and a successful business, had he not had Kerry in his life. I am grateful for Kerry's unwavering friendship, genuine concern and steadfast loyalty. I truly believe I would not have the life I do now had he not been there for my husband so many years ago.

In the past 10 years, my family has maintained our friendship with Kerry and his family. I know Kerry to be extremely hard working. He maintains high standards for everyone he knows. He expects respect to be earned and is unfailing in his respect for those who strive to also work hard and succeed. He has worked diligently over the past 20 plus years to build a successful business. I know my husband continued his professional relationship with Kerry-sharing strategies and theories as business owners. Kerry has been to my home on several occasions, warmly known as Uncle Kerry to our kiddos because of his deep connection to my husband. He has only ever been a good role model for our children-encouraging them to work hard at school and their sports, referring to how his own children have worked hard to find their success. His pride for his kids' accomplishments reflect his genuine concern for maintaining high standards and responsibility for one's actions. While I understand the current situation

doesn't illuminate this aspect of Kerry, the rest of his life most certainly has. He has been a hard-working, admirable member of society until his recent mistake. Again, I fully understand there are consequences for our actions. I simply desired to shed some light on Kerry's previous most positive contributions to the people and world around him. I genuinely appreciate you taking the time to read this letter.

Respectfully yours,

Carey Terranova

Donna M. Reed
11068 Galaxy Dr.
St. Louis, MO 63043

Re: Kerry Roades

Dear Judge Fleissig,

I'm writing this letter in reguards to my lifelong friend over 35 years. Who actually I recognize as my "Big Brother". Kerry has always been the kind of man, that has a heart of gold and would give you the shirt off his back. (THIS I HAVE WITNESSED.)

At times of struggles with my life, I could call on my brother Kerry, and he would pull me up with his words of love, inspiring me to do the right thing and to keep achieving. Never asking for anything in return. Kerry always ended our talks with a funny quote/gesture.

To know him or not, he would leave you with a smile or laugh. There's not enough paper to share the words of the less of a highly respected and very much loved man, by his friends, family and community.

I never made time to follow this case. I'm aware my big brother landed in trouble and its totally out of his character. I love and miss him.

Please take this letter into your heart and thank you for taking the time to read this.

Sincerely,

Donna M. Reed