Michael P. Wilshire

2751 Tamarack Dr.

Arnold, MO 63010

RE: Kerry Roades

Dear Judge Fleissig,

I have known Kerry since I started working with him in 1999. I worked daily with him for about 7-8 years. After that he did some work for me, at the new company I went to up until last summer. I have always known Kerry to be a caring person, especially for those in need of some help. If there was anything I needed, whether it be physical help moving, ears to listen to me vent about personal issues or even professional struggles and a couple times making ends meet before my next paycheck he was there. I never had to ask for the help he was just there and he never asked or expected the favor to be returned or the money back. I was not the only one that he was there for, I actually can't think of a time, when I was working with him daily, of a person at our company needing some type of help that he wasn't involved on the helping end. This helped me become a more compassionate person with those close to me at work and in my personal life and has helped me pay it forward over the last 19 years and he was a big factor in me becoming that way.

I understand that Kerry is in some trouble and has accepted responsibility for that. I do not know a whole lot of the details about the case and I have not had the opportunity to speak with him since August of 2016. This is not the Kerry that I have known and I also must accept his acceptance for the trouble he is in. When he is able to get some help I will be here for him getting settled in, assisting him finding a new job if needed or just an ear to listen to him as he has done for so many of us over the years.

Since the time I was working with Kerry day to day, there have been occasions that I need his professional expertise at the company I worked with. Even though the new company and at that time the company he worked for were somewhat competitors, he always helped us out to get the problem fixed. It was probably about 2 years ago that I went to my salon on a Saturday afternoon to check on some things and he was already there, with his son even, working on my equipment so that I would not lose any revenue. Most recently when I closed the business, he was a key factor in us getting a fair price for our customers and equipment. He even emptied out the space for me so that I would not incur any extra costs from the land lord and the sale of our assets went to yet another competitor of the company he still worked for.

I appreciate you taking the time to read this letter about my relationship Kerry and how he has helped me in my life and helped me develop in to a compassionate person. I believe he is a good person and has touched so many people's lives in a positive way. I am hopeful that I can help him out in the future.

Thank you,

Michael P. Wilshire

DEFENDANT'S EXHIBIT GRP C.

C-1

Stephanie Bozich
5439 Eichelberger
St. Louis, Mo. 63109

Dear Judge Fleissig,

My name is Stephanie Bozich. I am writing this letter to you, on behalf of my dear friend Kerry Roades, in the hopes that it will help you be able to see what kind of person he truly is.

I have worked with Kerry Roades in the tanning industry since 1996. Over the past 20 plus years, Kerry has become more to me than just a boss, co-worker and friend. He has become my family. Although I am aware of the charges he is facing, his plea of guilt and his upcoming sentencing, it is still hard for me to wrap my head around all of this.

In the time that I have known Kerry, what I have learned is that he has a bigger heart than many. He has actually been referred to as a giant teddy bear on many occasions. I have personally witnessed him help so many people in a time of need, including myself. Whether it be money, handy work, car maintenance or just advice, Kerry is usually the 1st person in line to lend a helping hand to those that he cares about.

Many people in this industry, especially our franchisees, have looked up to Kerry Roades, not only for advice but also for the knowledge that he possesses in every aspect of the business. This is why he made a big impact on not only the industry he was in, but also on the community itself. He can walk into a salon, look around and instantly let you know if the layout and the equipment you have in your building is what you need to help make your business successful. Many people owe their careers and livelihood because of Kerry Rhodes. He never holds back on telling you the truth and helps with any decisions that he can. He just truly cares about the wellbeing of others, and the community he lives in.

I remember, a few years back, a snow storm hit the area pretty quickly. There is an incredibly steep hill by our office that you have to ascend in order to get to the main road. In past icy conditions, many cars have tried to make the trek up and ended up sliding to the bottom of the hill. As I was leaving work that day, Kerry walked outside with me and without me even asking, got into the driver's seat of my car. He drove me to the top of that hill because he didn't want me to do it alone in the storm. He then walked back down that steep hill to get back to his own car. I know this is something small that may not matter to most, but to me, this is just another example of the heart that Kerry Roades has.

His wife and 2 children, whom he talked about every day for as long as I can remember, mean more to him than life itself. I can only imagine what they are going through in his absence. I know that he worked long, hard days to make a better life for

his family. It was always about them and very seldom about him.

I have spoken with Kerry Roades several times since this has happened. He has shown nothing but signs of remorse. He has apologized to me many times and has asked me to tell everyone who we not only work with, but employees and franchise owners as well, that he is sorry that he has put us through all of this. He has also thanked all of us for sticking by him and continuing to run the business as though nothing has happened.

In the last year, I have had to step up and deal with a lot of different contractors and business associates that usually dealt with Kerry on a weekly or daily basis. I wish I had recorded the conversations I had with each and every one of those people. Rarely did any of them want to talk about what had happened; most just asked me to tell Kerry hello when I talk to him next, and to tell him that they are all praying for him.

I know this letter that I am writing to you today is not by any means going to change what has happened. I just hope and pray that it sheds some light on Kerry Roades and the type of person he truly is. He is truly missed by his family, his peers, and his community.

Thank you for your time!

Respectfully Yours,
Stephanie Bozich

November 28, 2017
Jason Durnett
2526 Balaji Ct.
Wildwood, MO 63011
RE: Kerry Roades

Your Honor,

I want to acknowledge that Kerry has made a great mistake. With all mistakes people have to be held accountable for their actions and most importantly change their behavior. Kerry is no different. I hope the court will take into consideration Kerry's family, health, the help he has provided to others and his general willingness to put other peoples best interest ahead of his own while determining his future.

I have known Kerry Roades for more than 20 years and consider him a friend. I met Kerry through work and we worked together for several years. We didn't have a friendship where we spent time outside of work but I always knew that I could call Kerry with any question or problem I had and Kerry would be there for me. I would do the same for him, but Kerry never calls people for help. I have learned so much from Kerry over the years. Kerry has a special skill set. He understanding how anything mechanical works and knows how to fix basically anything.

What I have learned from Kerry has changed my life and made me a better more successful person. There is no questions if I had not met Kerry I would not be where I am today in business. Kerry took the time and taught me how to thoroughly read a set of blueprints, how to talk intelligently with a contractor, how to reprogram my brain to minimally understand how mechanics work, how to think through a mechanical problem by starting at the beginning of the mechanism and following through with the mechanical process to determine where a problem could be. This may not sound like a lot to some, but for me it was the portion I needed to become more successful in business. I owe many thanks to Kerry for this. I send Kerry books every week and I look forward to being able to help Kerry out with employment once he is released.

Kerry is also the guy I call for personal assistance. Simple things such as how-to power wash my fence, replace the faucet on my sink, my car is making a weird noise, can't get my license plate off my car because the screw that holds the plate is stripped and rusted. I am not calling Kerry to fix these problems, all I want is him to point me in the right direction so I don't get taken advantage of. Kerry is the kind of guy you say I have a problem and what should I do, next thing he shows up and fixes it. If you have a problem you always know Kerry will help you out. He will never accept money for his efforts. I have tried to pay him so many times that it actually became extremely aggravating. I started just buying him a nice bottle of wine so I didn't feel so guilty for all the free help. This is how Kerry treats everyone, I'm not special!

Kerry is a person that will give and help others to the point that it is detrimental to himself and his family. He has always felt that he needed to work day and night to give his family a better life. His commitment to working day and night is a testament to his commitment to make sure his wife (Trish), son (Tyler) and daughter (Blair) have a better life. Anytime I knew Kerry was down I would ask him about his family. He would light up like a Christmas tree with a big smile and a story about one of them and how proud he was. His plan was to work as hard as he could, provide a better life for his family, get the kids starting with their adult lives and then stop working so much and enjoy family time. I can't

explain in words how remorseful I know Kerry is for the decision that he has made and the actions he has taken which has led him to his incarceration. All the sacrifices that he made, all the sacrifices he forced on his family, in hopes of a better life is now all for nothing. His family scarified in the past when he was working hard and providing for them and now he made a decision that will make his family continue sacrificing. I have met with Kerry and exchanged letters with him since his incarceration and I know this is something that he just can't stop thinking about and is beyond remorseful for his stupid decision making.

Kerry is the type of person that he continues to put others interest ahead of his own. Kerry was diagnosed with prostate cancer a few years back. He was working on a new project at work that he was in the middle of and was really the only one that could pull the construction all together. The project lasted more than 8 months. He continued to put the prostate procedure off until the project was finish. This led to a much bigger procedure, more recovery time and more long terms problems. Against request from his family and friends to get it taken care of early Kerry felt he made a commitment and had to follow it through. Just the type of person Kerry is.

Kerry has problems with kidney stones and gets them frequently. I have seen Kerry almost cut his finger off and then super glue it back together before going to the doctor. Over the years I have seen Kerry injure himself a few times as he was working on things. Never seemed like that pain bothered him as much as it would others. The kidney stones are another kind of pain all together apparently. I personally have never had them but I have seen Kerry laying on the floor with tears in his eyes in pain with kidney stones. He gets them several times a year and they are large. I hope your Honor will take this into consideration, as well as his post cancer treatment, when determining the correctional facility he spends time in.

Your Honor thank you for taking the time to read this letter and take it into consideration! Kerry has made a terrible mistake and needs to pay his debt to society. Kerry is also a good person with a big heart who puts others well-being ahead of his own. I personally will never be able to pay Kerry back for everything I have learned from him and there are countless others he has affected in a positive way and changed their lives for the better. Trish is a wonderful wife who has already sacrificed with him being gone with working a large portion of the time. Tyler and Blair, who he adores, and are just beginning their adult journey of life. They too have sacrificed from the amount of time Kerry worked as they were growing up. I hope that you can take all of this into consideration and show mercy on Kerry with a lenient sentence which accomplishes the justice required and doesn't destroying a good man life.

Kerry is a really good person who has did a bad thing.

Thank you for your time.

Sincerely,

Jason Durnett

C-5

Michael P. Wilshire

2751 Tamarack Dr.

Arnold, MO 63010

RE: Kerry Roades

Dear Judge Fleissig,

I have known Kerry since I started working with him in 1999. I worked daily with him for about 7-8 years. After that he did some work for me, at the new company I went to up until last summer. I have always known Kerry to be a caring person, especially for those in need of some help. If there was anything I needed, whether it be physical help moving, ears to listen to me vent about personal issues or even professional struggles and a couple times making ends meet before my next paycheck he was there. I never had to ask for the help he was just there and he never asked or expected the favor to be returned or the money back. I was not the only one that he was there for, I actually can't think of a time, when I was working with him daily, of a person at our company needing some type of help that he wasn't involved on the helping end. This helped me become a more compassionate person with those close to me at work and in my personal life and has helped me pay it forward over the last 19 years and he was a big factor in me becoming that way.

I understand that Kerry is in some trouble and has accepted responsibility for that. I do not know a whole lot of the details about the case and I have not had the opportunity to speak with him since August of 2016. This is not the Kerry that I have known and I also must accept his acceptance for the trouble he is in. When he is able to get some help I will be here for him getting settled in, assisting him finding a new job if needed or just an ear to listen to him as he has done for so many of us over the years.

Since the time I was working with Kerry day to day, there have been occasions that I need his professional expertise at the company I worked with. Even though the new company and at that time the company he worked for were somewhat competitors, he always helped us out to get the problem fixed. It was probably about 2 years ago that I went to my salon on a Saturday afternoon to check on some things and he was already there, with his son even, working on my equipment so that I would not lose any revenue. Most recently when I closed the business, he was a key factor in us getting a fair price for our customers and equipment. He even emptied out the space for me so that I would not incur any extra costs from the land lord and the sale of our assets went to yet another competitor of the company he still worked for.

I appreciate you taking the time to read this letter about my relationship Kerry and how he has helped me in my life and helped me develop in to a compassionate person. I believe he is a good person and has touched so many people's lives in a positive way. I am hopeful that I can help him out in the future.

Thank you,

Michael P. Wilshire

C-6

Michael Collins
122 Kimberly Ct.
Collinsville, IL 62234

December 12, 2017

Honorable Audrey G. Fleissig
United States District Court
111 South 10th Street
Suite 12.182
St. Louis, MO 63102

Re: Kerry Roades

Dear Judge Fleissig:

I met Kerry more than twenty years ago when I first started doing some IT work for St. Louis Tan Company. It began in a completely professional capacity, but over the years as we worked more closely together, we developed a friendship that remains very important to me. Before November of last year, Kerry and I were travelling together rather often to assist MassageLuXe franchisees in the opening of their stores across the country. It was these trips that really solidified our friendship as we spent hours in airports, on planes, and in hotel lobbies talking and I really got insight into just how important his wife, Trish, and his children, Tyler and Blair, are to him. They are everything to him and were his motivation for all the time and hard work he has put in over the years I have known him.

Kerry has more work-ethic than most anyone you will ever meet and he worked longer hours than anyone I know, both in his capacity as Project Manager for MassageLuXe as well as his numerous rental properties and his own stores. As the MassageLuXe Project Manager he managed everything that went into opening a store. While I had worked with him for many years, it wasn't until my wife and I opened our own MassageLuXe franchise that I saw from their perspective the importance of his unbelievable commitment to his job. His perfectionism would drive crazy many a General Contractor but Kerry believed it to be his responsibility to protect both the franchisees and the brand as a whole by ensuring that everything was done correctly. During our construction, there was a particular piece of our lobby that our contractors were having trouble installing. Kerry made the trip over to help me install it on a late Sunday evening because it was the only time he could fit it in and he really wanted to make sure that it was done right for my wife and I.

That is the kind of person Kerry is. I can state unequivocally that the choices he made last fall are not indicative of the person he is. I could give you countless examples of times that people at our office would ask him for help with a car problem and he would spend his free time (what little he had) making the repair and then fixing a few other things he found along the way. But, here is one that stands out to me. I was having difficulty replacing the lower ball joints on my own truck and, at the time, my wife and I were struggling financially. Kerry had lent me the specialized tools for the job and shared his expertise when I asked. But this particular weekend I was extremely frustrated with my truck and I called Kerry.

He immediately offered to change his plans that Saturday afternoon and told me to drive over and he would help. I drove over to his house and he spent the rest of the day helping me fix my truck so I could save the money from taking it to a repair shop. The particular instance also speaks to Trish's compassion as her plans for the day were abruptly changed to help me out and yet when I was there she acted like there was no one she would rather see show up at her house.

Again, I know that Kerry made some really bad decisions last year, and I cannot tell you how disappointed I was when I heard about it. But, I know Kerry. I know the type of husband, father, colleague, friend, and man he is. And I just wanted to give you some insight into the person I know.

Thank you so very much for your time and attention.

Respectfully,

Mike Collins

C-8

November 28, 2017
Jason Durnett
2526 Balaji Ct.
Wildwood, MO 63011
RE: Kerry Roades

Your Honor,

I want to acknowledge that Kerry has made a great mistake. With all mistakes people have to be held accountable for their actions and most importantly change their behavior. Kerry is no different. I hope the court will take into consideration Kerry's family, health, the help he has provided to others and his general willingness to put other peoples best interest ahead of his own while determining his future.

I have known Kerry Roades for more than 20 years and consider him a friend. I met Kerry through work and we worked together for several years. We didn't have a friendship where we spent time outside of work but I always knew that I could call Kerry with any question or problem I had and Kerry would be there for me. I would do the same for him, but Kerry never calls people for help. I have learned so much from Kerry over the years. Kerry has a special skill set. He understanding how anything mechanical works and knows how to fix basically anything.

What I have learned from Kerry has changed my life and made me a better more successful person. There is no questions if I had not met Kerry I would not be where I am today in business. Kerry took the time and taught me how to thoroughly read a set of blueprints, how to talk intelligently with a contractor, how to reprogram my brain to minimally understand how mechanics work, how to think through a mechanical problem by starting at the beginning of the mechanism and following through with the mechanical process to determine where a problem could be. This may not sound like a lot to some, but for me it was the portion I needed to become more successful in business. I owe many thanks to Kerry for this. I send Kerry books every week and I look forward to being able to help Kerry out with employment once he is released.

Kerry is also the guy I call for personal assistance. Simple things such as how-to power wash my fence, replace the faucet on my sink, my car is making a weird noise, can't get my license plate off my car because the screw that holds the plate is stripped and rusted. I am not calling Kerry to fix these problems, all I want is him to point me in the right direction so I don't get taken advantage of. Kerry is the kind of guy you say I have a problem and what should I do, next thing he shows up and fixes it. If you have a problem you always know Kerry will help you out. He will never accept money for his efforts. I have tried to pay him so many times that it actually became extremely aggravating. I started just buying him a nice bottle of wine so I didn't feel so guilty for all the free help. This is how Kerry treats everyone, I'm not special!

Kerry is a person that will give and help others to the point that it is detrimental to himself and his family. He has always felt that he needed to work day and night to give his family a better life. His commitment to working day and night is a testament to his commitment to make sure his wife (Trish), son (Tyler) and daughter (Blair) have a better life. Anytime I knew Kerry was down I would ask him about his family. He would light up like a Christmas tree with a big smile and a story about one of them and how proud he was. His plan was to work as hard as he could, provide a better life for his family, get the kids starting with their adult lives and then stop working so much and enjoy family time. I can't

explain in words how remorseful I know Kerry is for the decision that he has made and the actions he has taken which has led him to his incarceration. All the sacrifices that he made, all the sacrifices he forced on his family, in hopes of a better life is now all for nothing. His family scarified in the past when he was working hard and providing for them and now he made a decision that will make his family continue sacrificing. I have met with Kerry and exchanged letters with him since his incarceration and I know this is something that he just can't stop thinking about and is beyond remorseful for his stupid decision making.

Kerry is the type of person that he continues to put others interest ahead of his own. Kerry was diagnosed with prostate cancer a few years back. He was working on a new project at work that he was in the middle of and was really the only one that could pull the construction all together. The project lasted more than 8 months. He continued to put the prostate procedure off until the project was finish. This led to a much bigger procedure, more recovery time and more long terms problems. Against request from his family and friends to get it taken care of early Kerry felt he made a commitment and had to follow it through. Just the type of person Kerry is.

Kerry has problems with kidney stones and gets them frequently. I have seen Kerry almost cut his finger off and then super glue it back together before going to the doctor. Over the years I have seen Kerry injure himself a few times as he was working on things. Never seemed like that pain bothered him as much as it would others. The kidney stones are another kind of pain all together apparently. I personally have never had them but I have seen Kerry laying on the floor with tears in his eyes in pain with kidney stones. He gets them several times a year and they are large. I hope your Honor will take this into consideration, as well as his post cancer treatment, when determining the correctional facility he spends time in.

Your Honor thank you for taking the time to read this letter and take it into consideration! Kerry has made a terrible mistake and needs to pay his debt to society. Kerry is also a good person with a big heart who puts others well-being ahead of his own. I personally will never be able to pay Kerry back for everything I have learned from him and there are countless others he has affected in a positive way and changed their lives for the better. Trish is a wonderful wife who has already sacrificed with him being gone with working a large portion of the time. Tyler and Blair, who he adores, and are just beginning their adult journey of life. They too have sacrificed from the amount of time Kerry worked as they were growing up. I hope that you can take all of this into consideration and show mercy on Kerry with a lenient sentence which accomplishes the justice required and doesn't destroying a good man life.

Kerry is a really good person who has did a bad thing.

Thank you for your time.

Sincerely,

Jason Durnett

C-10