April 1, 2018

RE: Kerry Roades

Your honor,

I am writing the letter to help you gain an insight and understanding of Kerry Roades from the point of view of the people who are close to him and know him best. I feel that it is important for you to understand the person that Kerry is. I have been a neighbor and friend to Kerry and his family for more than 10 years. During this time, our families have become very close and our children have grown up together. We have all spent our summers and weekends together just hanging out and doing what every typical family does.

I also think it is important for you to understand who I am and why this is so important to me. I have been a police officer for almost 24 years with the last half of my career as a detective. This is the first time I have ever written a letter like this pleading for mercy on a person facing such charges. Although I do not know the details of the investigation and have intentionally kept myself out of that part of this situation, I am completely shocked and devastated by this entire ordeal. Having said that, I am typing this letter with tears in my eyes as I hope to get my point across about how truly special Kerry is to me and my family. I feel like I am and extremely good judge of character, having served so many years in law enforcement trying to distinguish between the good people and the bad in our society. I can't stress enough that Kerry is truly one of the good people. I have seen him work hard every day of the week providing for his family, and at the end of a long day, it was not unusual to look out my window and see him mowing my lawn. Kerry is truly an exceptional, hardworking, family man and I know, given the chance, he will slide right back into society as a very productive person who takes care of his family and friends.

Again, I do not know the exact circumstances of this situation, but I do know the charges are not in Kerry's character. Having lived in the same subdivision with both Kerry Roades and Todd Beckman, and having known them both for the same amount of time, I can count on one hand how many times I have seen Todd hanging out with or visiting Kerry in the past 10 years. From what I have personally witnessed, Todd and Kerry's relationship has been all business during my friendship with Kerry.

Thank you for taking the time to read my sentiments. I hope this will provide you with a better understanding of who Kerry Roades truly is and how important he is to his family and friends.

Please feel free to call me if you have further questions.

Sincerely,

Jason Valentine
4868 Romaine Spring Drive
Fenton, MO 63026
(314) 610-8571



DEFENDANT'S EXHIBIT D