DEFENDANT'S EXHIBIT

GRP. E

F-1

# Certificate of Achievement

*This certifies that*

Kerry Roades

*has successfully completed* 5 *hours in the*

*ANGER MANAGEMENT*

*class at the St. Louis County Justice Center*

[signature]

*Instructor*

11/12/17

*Date*

E-2

# Certificate of Achievement

*This certifies that*

Kerry G. Roades

*has successfully completed 20 hours in the*

***ANGER MANAGEMENT***

***class at the St. Louis County Justice Center***

[signature]
*Instructor*

1/19/18
*Date*

E-2A

# Certificate of Achievement

*This certifies that*

Kerry G. Roades

*has successfully completed* 24 *hours in the*

***ANGER MANAGEMENT***

***class at the St. Louis County Justice Center***

[signature]
*Instructor*

4-13-18
*Date*

RESTORATIVE MINISTRIES
Missouri District

# CERTIFICATE OF COMPLETION

## Kerry Roades

Has completed 12 weeks of substance abuse
and life recovery education

Shari Shafer

Shari Shafer, Head Chaplain
Missouri Restorative Ministries

9/12/17

Date Awarded

RESTORATIVE MINISTRIES
Missouri District

# CERTIFICATE OF COMPLETION

## 2nd Award

**Kerry Rhodes**

Has completed 12 weeks of substance abuse and life recovery education

Shari Shafer

Shari Shafer, Head Chaplain
Missouri Restorative Ministries

12/5/17
Date Awarded

RESTORATIVE MINISTRIES
Missouri District

# CERTIFICATE OF COMPLETION

## 3rd Award

E-40

**Kerry Roades**

Has completed 12 weeks of substance abuse and life recovery education

Shari Shafer

Shari Shafer, Head Chaplain
Missouri Restorative Ministries

3/6/18

Date Awarded

E-40

RESTORATIVE MINISTRIES
Missouri District

# CERTIFICATE OF COMPLETION

4th Award

E-4B

## Kerry Roades

Has completed 12 weeks of substance abuse
and life recovery education

Shari Shafer

Shari Shafer, Head Chaplain
Missouri Restorative Ministries

5/22/18

Date Awarded

E-4B

E-5

# Certificate

This is to certify that:

**Kerry Roades**

Has completed "Christian Foundation Bible Course" and proclaims that Jesus Christ is forever the Lord of his life.

Porter Lancaster

Carolyn Lancaster

*Messenger Church Prison Outreach*

Messenger Church Outreach

E-6

# Certificate

This is to certify that:

## Kerry Roades

Has completed "Attitudes of the Godly" Bible Course and desires to be a Soldier in the Army of The Lord.

II Timothy 2:3

Porter Lancaster

Carolyn Lancaster

*Messenger Church Prison Outreach*

Messenger Church Outreach

E-7

# Certificate

This is to certify that:

## Kerry Roades

Has Completed Matters of the Heart" Bible Course and
Loves God with all his Heart

*Luke 10:27*

Porter Lancaster

Carolyn Lancaster

*Messenger Church Prison Outreach*

8-7

# Certificate

This is to certify that:

## Kerry Roades

Has completed "Practical Christianity" Bible Course as he continues to seek God's will for his life.

Porter Lancaster    Carolyn Lancaster

*Messenger Church Prison Outreach*

E-9

# Certificate

This is to certify that:

## Kerry Roades

Has completed "Fruit of the Spirit" Bible Course and desires to be a follower of God as his Child.

Porter Lancaster

Carolyn Lancaster

*Messenger Church Prison Outreach*

Messenger Church Outreach

E-10

# Congratulations

To

## Kerry Roades

**For completing these Studies**

1. Foundation Bible course: 19 Lessons 260 Questions
2. Paractical Christioanity: 16 Lessons 290 Questions
3. Fruit of the Spirit: 16 Lessons 180 Questions
4. Attitudes of the Godly: 16 Lessons 282 Questions
5. Matters of the Heart: 16 Lessons 266 Questions

Total: 5 Studies
83 Lessons
1280 Questions

Porter Lancaster

Carolyn Lancaster

*Messenger Church Prison Outreach*

Messenger Church Outreach

Kerry,

We want to thank you for studying with us all the way to the end of the Studies. What a joy it is to see someone like you that is set to make your life better.

You have enough of the Word of God to get you started on a better way of life not only for you but all those you will come in contact with. Your part is just to believe and **do** What you have learned.

Our part was to get these studies to you and they will give you all the knowledge you need to get you started but you will need the Word of God everyday so please don't ever stop studying. Just remember you are in charge of your life and God will give you power to change anything in your life!

God's part is to help you understand his word and to watch over it to bring it to pass. Don't ever forget God is for you, he is on your side and loves you enough to pay for your sins with the life of his own Son.

***For my thoughts [are] not your thoughts, neither [are] your ways my ways, saith the LORD. For [as] the heavens are higher than the earth, so are my ways higher than your ways, and my thoughts than your thoughts. Isaiah 55:8-9***

***For I know the thoughts that I think toward you, saith the LORD, thoughts of peace, and not of evil, to give you an expected end. Jer. 29:11***

***And we know that all things work together for good to them that love God, to them who are the called according to [his] purpose. Romans 8:28***

***What shall we then say to these things? If God be for us, who can be against us? Romans 8:31***