RESTORATIVE MINISTRIES

Missouri District

To whom it may concern,

Let it be known that Kerry Roades has completed the A.C.T.S. Program as of 9/12/17. A.C.T.S. (Actively Changing To Succeed) is an educational addictions support and life restoration program sponsored by the United Pentecostal Church Intl., Missouri District, Department of Restorative Ministries.

A.C.T.S. is a faith based program consisting of twelve modular lessons that focus on the causes and effects of addictions, as well as the skills needed to restore/establish functional and sober living. Our program, while faith based, utilizes evidence based practices in order to generate the greatest chance of success for our participants.

While we congratulate Mr. Roades on this achievement, and offer hope, prayers, and support as he continues on his journey of restoration, this letter is to inform of enrollment and participation only, and is not a recommendation for sentencing.

Thank you,

Shari Shafer

Shari Shafer Head Chaplain
Missouri District Restorative Ministries
United Pentecostal Church International

E-12

RESTORATIVE MINISTRIES
Missouri District

To whom it may concern,

Let it be known that Kerry Rhodes has completed the A.C.T.S. Program as of 12/5/17. A.C.T.S. (Actively Changing To Succeed) is an educational addictions support and life restoration program sponsored b the United Pentecostal Church Intl., Missouri District, Department of Restorative Ministries.

A.C.T.S. Is a faith based program consisting of twelve modular lessons that focus on the causes and effects of addictions, as well as the skills needed to restore/establish functional and sober living. Our program, while faith based, utilizes evidence based practices in order to generate the greatest chance of success for our participants.

While we congratulate Mr. Rhodes on his achievement, and offer hope, prayers, and support as he continues on his journey of restoration, this letter is to inform of enrollment and participation only, and is not recommendation for sentencing.

**<u>This is Mr.Rhodes second time completing A.C.T.S since his incarceration. He has stayed on as a guide new participants, and we commend him for his efforts.</u>**

Thank you,

Shari Shafer

Shari Shafer, Head Chaplain
Missouri Restorative Ministries
United Pentecostal Church Intl.

E-13

RESTORATIVE MINISTRIES
Missouri District

To whom it may concern,

Let it be known that Kerry Roades has completed the A.C.T.S. Program as of 3/6/18. A.C.T.S. (Actively Changing To Succeed) is an educational addictions support and life restoration program sponsored by the United Pentecostal Church Intl., Missouri District, Department of Restorative Ministries.

A.C.T.S. is a faith based program consisting of twelve modular lessons that focus on the causes and effects of addictions, as well as the skills needed to restore/establish functional and sober living. Our program, while faith based, utilizes evidence based practices in order to generate the greatest chance of success for our participants.

While we congratulate Mr. Roades on this achievement, and offer hope, prayers, and support as he continues on his journey of restoration, this letter is to inform of enrollment and participation only, and is not a recommendation for sentencing.

**This is Mr. Roades' third time completing A.C.T.S since his incarceration. He has stayed on as a guide for new participants, and we commend him for his efforts.**

Thank you,

Shari Shafer

Shari Shafer, Head Chaplain
Missouri District Restorative Ministries

E-13 A

RESTORATIVE MINISTRIES

Missouri District

To whom it may concern,

Let it be known that Kerry Roades has completed the A.C.T.S. Program as of 5/22/18. A.C.T.S. (Actively Changing To Succeed) is an educational addictions support and life restoration program sponsored by the United Pentecostal Church Intl., Missouri District, Department of Restorative Ministries.

A.C.T.S. is a faith based program consisting of twelve modular lessons that focus on the causes and effects of addictions, as well as the skills needed to restore/establish functional and sober living. Our program, while faith based, utilizes evidence based practices in order to generate the greatest chance of success for our participants.

While we congratulate Mr. Roades on this achievement, and offer hope, prayers, and support as he continues on his journey of restoration, this letter is to inform of enrollment and participation only, and is not a recommendation for sentencing.

**This is Mr. Roades' fourth time completing A.C.T.S since his incarceration. He has stayed on as a guide for new participants, and we commend him for his efforts.**

Thank you,

Shari Shafer

Shari Shafer, Head Chaplain
Missouri District Restorative Ministries

E 13 B

Patricia H. Armanees
9000 Ramona Ave.
St. Louis, MO 63121

January 10, 2018

Dear Judge Fleissig:

I am 53 years old and I have known Kerry Roades for 37 years. I am a real estate agent and for the nearly 20 years prior to that I was a corporate paralegal (Emerson, Gallop Johnson & Neuman, Dankenbring Greiman Osterholt & Hoffman (now Spencer Fane), etc.

Complete shock, disbelief and devastation don't even begin to describe how I felt when I first heard about his arrest and charges. He is such a good person with a heart of gold, honest to the core and I have never heard about or seen him have anything to do with drugs. He has always been very vocal about his opinion on drugs and drug use, making a conscious effort to disassociate himself from anyone involved in drugs in any way.

I met Kerry when we were just teenagers and have been a very close friend of the family since then. His mom is my best friend and I consider Kerry, his mom, and brothers as my own family. Throughout the years Kerry has been like a brother/best friend to me. Kerry is the one person who has always been there for me. I love him dearly and have the utmost respect for him. He has impeccable morals and ethics. Kerry is one of the most trustworthy and dependable people that I have ever known. He is a very positive influence in my life, always setting the good example. He is a wonderful, loving husband, father, brother, son, friend, and an exceptional asset to the community.

Kerry is a pillar of the community – always helping others (from helping the pastor of his church by working on his vehicles/trailers to helping other individuals with advice, problem solving, vehicle and home repairs, lending money or just paying bills for others with no expectation of ever getting it back to helping business owners with advice, problem solving, repairs, loans, referring customers to them, etc.

Kerry has such a good heart and is so caring and giving even under the worst circumstances. For example: while incarcerated he has and continues to minister to other inmates, teaching them about God and Jesus, to get clean and stay away from drugs and even teaching them life skills such as how to open bank accounts, establish/re-establish credit, set a budget, get a job, save money, not end up back in jail, etc. I think this speaks volumes about his character and I am enclosing a copy of the hand-out that he wrote himself while incarcerated and is giving to other inmates as he ministers to them and teaches them life skills. Kerry initially wrote this hand-out by hand and later had his mom type it for him, so he could hand it out to inmates as he talks to them. Again, I think this speaks volumes about his character.

E-14

Personally, throughout the last 37 years he has helped me in so many ways including, but not limited to, fixing my cars more times than I could count, helping with home repairs (most recently with my a/c in my home), helping me get moved back to St. Louis and in a safe place for me to live during a divorce from an abusive husband, advice and guidance to me as a real estate agent, and general problem solving on a regular basis.

Kerry is a family man, putting his family first always. He works tirelessly (some would call him a workaholic) to make sure he can take the very best care of his family. He has a beautiful and exceptional family: a talented and loving wife Trish; son Tyler and daughter Blair, who are both extremely smart, loving, talented, happy, and very well adjusted due to the environment in which they were raised, an environment full of love and support and free from disfunction and stress, an environment that Kerry and Trish have worked very hard to achieve and maintain. His family is lost without him and desperately need him back home.

Some additional things you should know about Kerry:

- He is extremely talented and quickly masters anything he puts his mind to doing (business owner, real estate agent, flying planes, home rehab and repairs, automobile repairs, etc.);
- He is a problem solver and he is extremely smart - knowledgeable about almost everything and he uses this knowledge to help others – pick any topic and I would be willing to bet he has some knowledge about it;
- He is a perfectionist, always going above and beyond what is needed or expected; and
- He has a special talent to make people laugh and it is a talent he uses frequently. He loves to make people laugh.

His mother will be 80 this year and is so heartbroken and grief-stricken and in fear she will die before he gets out. One of her other sons, Kerry's brother Kelly, was killed on a motorcycle a couple of months before Kerry was arrested and incarcerated and she is still grieving his death. In addition, she cares for her younger brother full-time as he is not able to care for himself. She has been through so much and I am extremely worried about her as well. She really needs Kerry now more than ever.

Kerry has discussed with me the seriousness of his guilty plea and upcoming sentencing and is deeply remorseful for his actions in this matter and for what his family has had to endure and will continue to endure until he is back home with them. He is so worried about his family and how they will survive while he is incarcerated that at times he can barely function. We pray together regularly on the phone. His faith in God and his love for his family are what is getting him through this horrific ordeal.

I am heartbroken and sad beyond words and I miss him so much. I will continue to support Kerry and his wife and kids in any way I can. If he and his family need somewhere to live at any time, they are welcome in my home for as long as needed. I would also do everything I could do to help him get a job if needed. His family, friends, and the community all need him. I can't stress enough how much everyone relies on him.

Thank you so much for taking the time to read this letter. I hope it has helped you to get to know the Kerry Roades that I, as well as many others know and love. It is my hope and prayer that you will take all of this into consideration.

Sincerely,

Patricia H. Armanees

Enclosure

E-16

Copy for Judge Fleissig

Your Honor,

Attached is the hand-out written by Kerry Roades as referenced in my letter – It is the hand-out he is giving to other inmates as he ministers to them and teaches them life skills.

Sincerely,

Patricia H. Armanees

E-17

START WITH PRAYER AND FORGIVENESS!

Get a valid driver's license.

Do not put Social Security number on license.

Open bank account, (savings only). Start with $300. Get a secured credit card against the account with a $300 limit. You will use this to start establishing credit history. Do not use card for food or gas. Start low and pay off card in full every month.

You will also put 10% of **<u>every</u>** paycheck in this account and **<u>NEVER</u>** touch it. This will be your only way to save easily. Believe me, it will add up! Make sure you are getting a check (not cash) from Employer, with taxes taken out and Social Security for your future. You can still make cash on the side, but use that for food, gas, etc. (Keep it legal)!

Now open a checking account at the same bank (like U.S. Bank) – start with $100.00, get checks and an ATM card attached to that account. This will be where the majority of your money gets deposited. Use this for expenses... rent, car payment, insurance, utilities, etc. This will also give you an automatic receipt for all your payments.

Get a small file box and start keeping all your personal files and paperwork, statements, etc., that are important as permanent files.

E-18

Always keep insurance on car, otherwise the premiums (payments) are twice as high until you have a 6-12 month payment history. Then it will go lower if no accidents.

If you have a cheap car that's paid for, get liability only insurance for now. It's cheaper and you can save money until you get a nice car. If you have a car loan, they require full coverage.

Start slow and simple, budget your income and keep track of **every** dime spent. You will be surprised how dollar bills spent add up to a large chunk of money gone each month. For example:

- Cigarettes: Pack a day = $150.00/month (half a car payment)
- Beer and liquor will kill your income if you let it.
- Only buy what you need for now...not what you want! You can reward yourself when you get to your goals.
- Focus on small steps/goals first. Don't try to be the MAN!!!
- Never get into the savings account. This is your anchor forever (unless it is an absolute emergency).
- Don't fall into the cell phone bill trap. These will kill your credit rating you're working on. Think of your credit rating as your heartbeat! Get a small service contractor, pay by month and don't overuse the phone.
- Get a full time job. (Don't expect to make a ton of money right away). Again, start with baby steps. Always keep an eye open for advancement or other work...even if you're sweeping floors. Always be on time and work hard! Be the best damn floor sweeper around! People will notice this.
- Nights and weekends are for side income and savings.

- eBay
- Craigslist
- Networking with friends and relatives, etc.

There is an endless list of items to sell. Buying and selling is the easier way to money in the bank. Simple. Buy from motivated sellers, sell to motivated buyers. Stay away from drugs, guns and things illegal! **No exceptions**!

Think: New or used items!

Tools

Clothing

Car parts, stereos, wheels, etc. (scrap metal)

Jewelry

Sunglasses

Artwork

Services: lawns, cleaning, car detailing, trash removal

Scooters, Bicycles

Kids toys and items

As soon as you are known (as the guy that buys and sells, this will become easy. People will come to you for items to sell **and** buy. I actually started doing money loans once I had some cash backed up. Start small...$50.00 to $500.00. Get collateral from your borrowers that equals double (or more) the loan amount, give them a timeframe to pay it back. Sell it and double your money (or more) if they don't pay it back. (In writing always) so there are no issues with people.

Obviously, jail does nothing but give you time to think. Don't come back because of impatience! It's a long road but it is a **straight** road… no crooked paths. Stay with the Lord, stay clean and don't hang with addicts/dealers…not even for a minute. The monkey is **always** ready to jump on your back! Even friends will not want you to prosper. Trust me!

Remember, quick money is usually trouble. Once you start to bankroll your buy and sell items, you can flip nicer items…Cars…Jewelry…Rental property, etc.

Always use a search engine (Google, etc.) to answer questions and create and share ideas. It is endless! Keep access to a computer and intranet.

Don't use work computers unless you have permission. Never use it for anything you don't want the world to see!

Have faith in yourself and don't be defeated easily. If you don't reach your goals, nobody will reach them for you. Believe in yourself!

Wives and mature family members can help with some of these paths.

If you are single, always share expenses with a roommate when you can. (Make sure it is a trustworthy one.) This cuts your bills in half!

Don't brag about money to anyone. This will kill the buy and the sell deals. Humble yourself and always make yourself appear average.

- Never forget the day job! Also, always look to upgrade your position/employment. This will help later in life for benefits and health insurance.

- Always file a tax return every year. You can start with the "EZ" form if you have never filed.

- Always use your license number in place of your Social Security number when possible to avoid identity theft.

- Surround yourself with people smarter, more experienced and motivated than yourself. This way, you are always learning and moving forward. People that like to hang out and have fun don't make you rich. Indulge sparingly in fun and games for now. Always enforce your work ethic with family and children. They will learn value and wisdom early. Don't give them the opportunity to fall into bad habits early. Be a giver, not a taker. Always pay something forward when possible. Don't burn bridges over a dollar. Always be the bigger man. Move on, learn lessons. Always strive to find what you do best and expand on that. Learn all you can from others.

Stay in the Bible and keep God first and always pray for guidance for all things, even for your family, job and future!

RESTORATIVE MINISTRIES
Missouri District

# Certificate Of Appreciation

To

## Kerry Roades

For Facilitating

## "Personal Finance"

Shari Shafer
Shari Shafer - Head Chaplain

4-7-18
Date

RESTORATIVE MINISTRIES
Missouri District

April 7, 2018

To Whom it May Concern,

Let it be known that Kerry Roades facilitated a class on the subject of personal finance. His knowledge in this area helped to provide a lot of excellent information to his peers in A.C.T.S. class.

He taught on the subject of starting over from "ground zero," which refers to rebuilding credit, establishing a savings account etc....

We greatly appreciate him for doing this. He was very well received by his peers, as several questions were asked at the close.

Sincerely,

Shari Shafer

Chaplain Shari Shafer
Director of Promotions
Missouri Restorative Ministries

E-24

# CERTIFICATE OF BAPTISM

National Association of Christian Ministers

*"Go therefore, and teach all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Ghost" (Mat 28:19).*

**Mark W. Gullet Sr.**

*A Minister Recognized By The*

NATIONAL ASSOCIATION OF CHRISTIAN MINISTERS

*Hereby testifies that*

Kerry Roades

*Made a confession of Christian faith, and was obedient to Christ in observing the ordinance of baptism. In the presence and names of the Father, Son, and Holy Spirit, I baptized them in water.*

**On this** Feb **day of** 28
**In the year of our Lord** 2018

Pastor Mark Gullet
**On Behalf of The Body of Christ Around The World**

E-25