# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:16-CR-528-4-AGF |
| vs. ) | |
| ) | |
| ) | |
| KERRY ROADES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

## WITHDRAWAL OF MOTION FOR ORDER TO SHOW CAUSE

COMES NOW Plaintiff, the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for this District, and for its Withdrawal of Motion for Order to Show Cause (Doc. #339), states as follows:

1. On October 29, 2018, the United States filed its Motion for Order to Show Cause (Doc. #339). In the motion, the United States indicated that it sent a subpoena to Tricia Roades and two of her companies, demanding information and documentation regarding property formerly belonging to Defendant. The purpose of the subpoena was to investigate whether a fraudulent transfer had occurred, and whether Defendant has sufficient assets to satisfy his outstanding criminal monetary judgment. The United States received confirmation that the subpoenas were delivered to the last known address of Ms. Roades, and to the address on file with the Missouri Secretary of State for her two companies.

2. Ms. Roades contacted the United States Attorney's Office to discuss the matter. The undersigned had a conversation with Ms. Roades on November 16, 2018. During the

conversation, Ms. Roades indicated that she has recently moved, and did not receive the subpoenas (although the Postal Service forwarded her the copy of the motion for order to show cause).

3. The United States is going to resend the subpoenas to the new address for Ms. Roades, with a new due date (taking into account extra time needed because of the Thanksgiving holiday week). Accordingly, the United States withdraws its previously filed Motion to Show Cause. The United States has promised to talk with Ms. Roades about the subpoenas (once she receives them), and answer any questions it can about the information and documentation sought.

WHEREFORE, the United States withdraws its previously filed Motion for Order to Show Cause.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

**Certificate of Service**

The undersigned hereby certifies that on November 16, 2018, a copy of the foregoing was filed via this Court's CM/ECF system, and therefore served on all parties of record. Further, a copy of this motion was sent to the following parties via certified mail, return receipt requested:

Ms. Tricia Roades
3989 Poppy Marie Lane
St. Charles, MO 63304

Real BIZ, LLC
c/o Tricia Roades, Registered Agent
3989 Poppy Marie Lane
St. Charles, MO 63304

TK Equities, LLC
Real BIZ, LLC
c/o Tricia Roades, Registered Agent
3989 Poppy Marie Lane
St. Charles, MO 63304

/s/ *Joshua M. Jones*
Assistant United States Attorney