UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16-CR-00528-AGF |
| ) | |
| KERRY ROADES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the Government's Motion to Withdraw (Doc. No. 340) the previously filed Motion for Order to Show Cause is **GRANTED**.  The Motion to Show Cause (Doc. No. 339) is deemed withdrawn.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of this Order on Tricia Roades at the address listed on the Government's motion.

Dated this 16th day of November, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE